LSK&D #: 643-0087 / 4821-1304-6381

UNITED STATES DISTRICT COURT
FOR THE DISRICT OF NEW JERSEY
-----------------------------------------------------------------X

MONIQUE LESTER,

                              Plaintiff(s),        **Docket No.:**
                                                    2:17-CV-12006-SDW-LDW

      vs.

WILLIAM A. FOREMAN, WURTH BROTHERS    **STIPULATION AND**
INC.,                                                           **ORDER OF DISMISSAL**

                                   Defendant(s).
-----------------------------------------------------------------X

       The undersigned counsel for all parties stipulate that this action is dismissed with prejudice and without costs or attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:      New York, New York
               July 10, 2018

SEIGEL LAW LLC                          LESTER SCHWAB KATZ & DWYER, LLP

_/s/ James P. Kimball_                        _/s/ Robyn J. Leader_

James P. Kimball                             Robyn J. Leader
Attorneys for Plaintiff                      Attorneys for Defendants
505 Goffle Road                               [redacted]
Ridgewood, New Jersey 07450
(201) 444-4000

100 Wall Street
New York, New York 10005
(212) 964-6611

SO ORDERED:

_____
SUSAN D. WIGENTON, U.S.D.J

Dated: _____