LSK&D #: 643-0087 / 4821-1304-6381

UNITED STATES DISTRICT COURT
FOR THE DISRICT OF NEW JERSEY
-----------------------------------------------------------x
MONIQUE LESTER,

                                  Plaintiff(s),        Docket No.:
                                                     2:17-CV-12006-SDW-LDW

               vs.

WILLIAM A. FOREMAN, WURTH BROTHERS      STIPULATION AND
INC.,                                                             ORDER OF DISMISSAL

                                  Defendant(s).
-----------------------------------------------------------x

       The undersigned counsel for all parties stipulate that this action is dismissed with prejudice and without costs or attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:     New York, New York
              July 10, 2018

SEIGEL LAW LLC                              LESTER SCHWAB KATZ & DWYER, LLP

_____          _____
James P. Kimball                                Robyn J. Leader
Attorneys for Plaintiff                         Attorneys for Defendants
505 Goffle Road
Ridgewood, New Jersey 07450
(201) 444-4000

                                                        100 Wall Street
                                                        New York, New York 10005
                                                       (212) 964-6611

SO ORDERED:

_____
SUSAN D. WIGENTON, U.S.D.J

Dated: July 23, 2018